AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ERNESTO SEVILLA<br>AKA: Ernesto Zamora Sevilla | CASE NUMBER: 08CR2360-H<br>08MJ2059 |

I, ERNESTO SEVILLA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___7/17/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ernesto Sevilla_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY