1  SHAUN KHOJAYAN (#197690)
   THE LAW OFFICES OF SHAUN KHOJAYAN
2   & ASSOCIATES, P.L.C.
   121 Broadway, Suite 338
3  San Diego, CA  92101
   Telephone:    (619) 338-9110
4  Facsimile:    (619) 338-9112
   Email: shaun@khojayan.com
5
   Attorney for Defendant Sevilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 08CR2360-H |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION FOR MODIFICATION OF BOND CONDITIONS** |
| ERNESTO SEVILLA, | |
| Defendants. | |

COME NOW plaintiff the United States of America, by and through its Assistant United States Attorney, Harold Chun, and  defendant, Ernesto Sevilla, by and through his attorney, Shaun Khojayan, and jointly move for an order modifying bond conditions.

WHEREAS the parties agree to modify bond as follows:

(1)     That Ernesto Sevilla be permitted to remain at his specified residence from 12:00 a.m. until 5:00 a.m. daily to facilitate his full time employment;

(2)     All other bond conditions to remain the same.

WHEREAS the Pre Trial Services officer Cynthia Ornelas has been informed of these modifications and has no objection to Ernesto Sevilla remaining at his specified residence from

1  12:00 a.m. until 5:00 a.m. daily.

2      WHEREAS defense counsel has consulted the surety Ricardo Chacon and he is agreeable

3  to these modifications.

4      WHEREAS defense counsel has consulted the surety Jose Alfredo Garcia, Jr. and he is

5  agreeable to these modifications.

6      Therefore, the parties jointly request that Mr. Sevilla's bond be modified to allow him to

7  reside at his specified residence from 12:00 a.m. until 5:00 a.m.

Dated: August 27, 2008            Respectfully submitted,

LAW OFFICES OF SHAUN KHOJAYAN
  & ASSOCIATES, P.L.C.

By: _s/Shaun Khojayan_____
    Shaun Khojayan
    Email: shaun@khojayan.com
    Attorney for Ernesto Sevilla


Dated: August 27, 2008            Respectfully submitted,

ASSISTANT U.S. ATTORNEY

By:    s/Harold Chun (with permission)
       Harold Chun
       Email: harold.chun@usdoj.gov


MODIFICATION AGREED TO BY:

Dated:                          _____
                                Ricardo Chacon

Dated:                          _____
                                Jose Alfredo Garcia, Jr.

1 | 12:00 a.m. until 5:00 a.m. daily.

2 | WHEREAS defense counsel has consulted the surety Ricardo Chacon and he is agreeable to these modifications.

WHEREAS defense counsel has consulted the surety Jose Alfredo Garcia, Jr. and he is agreeable to these modifications.

Therefore, the parties jointly request that Mr. Sevilla's bond be modified to allow him to reside at his specified residence from 12:00 a.m. until 5:00 a.m.

Dated: August 27, 2008

Respectfully submitted,

LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.

By: s/Shaun Khojayan
    Shaun Khojayan
    Email: shaun@khojayan.com
    Attorney for Ernesto Sevilla

Dated: August 27, 2008

Respectfully submitted,

ASSISTANT U.S. ATTORNEY

By: s/Harold Chun (with permission)
    Harold Chun
    Email: harold.chun@usdoj.gov

MODIFICATION AGREED TO BY:

Dated: 8/31/08        _Ricardo Z Chacon_
                      Ricardo Chacon

Dated: 8/31/08        _[signature]_
                      Jose Alfredo Garcia, Jr.

2.

08CR2360-H

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

   **Shaun Khojayan**
   shaun@khojayan.com hashen@khojayan.com

   **U S Attorney CR**
   Efile.dkt.gc2@usdoj.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2008                           _s/ Shaun Khojayan_____
                                                    Shaun Khojayan, Declarant